# EXHIBIT "A-2"

2019 16768

p.6

Jan McWHORTER, Plaintiff

v.

Kim OGG, Ed Gonzalez, Art Acevedo, Mare Carter, Chris Daniel, Louis Murat, Newman IV, Sex Offender Registration Program, et al; Defendant(s)

§ IN THE 281st Civil
§
§ District Court of
§
§
§
§
§
§ Harris County, Texas

FILED MARILYN BURGESS DISTRICT CLERK HARRIS COUNTY, TEXAS 2019 MAR -6 PH 2:07 MAIL PROCESSING DEPUTY 03.06.19

## ORIGINAL Petition of Suit

Before the Honorable Court:

Comes Jan H. McWhorter, Plaintiff in this action for Texas Tort filing, Pro Se as allowed by the Texas Constitution Art. 1 § 10; U.S.C.A. 9, and supported by the TX. Constitution Art. 1 § 27, pursuant to the Texas Declaratory Judgement Act (T.D.J.A.) for violation of his Constitutionally protected civil rights to his detriment and permanent harm.

Plaintiff files at all times pursuant to the Doctrine of Stare Decisis, and precedent

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

set by the (SCOTUS) in Haines v Kerner, 404, U.S. 519, 92 S.Ct. 594 (1972) that: Pro Se litigant is not to be held to the same stringent standard of document preparation and filing as an attorney trained in the legal profession."

Plaintiff states the following:

## I

## PARTIES

Jan McWhorter, SPN: 00221151, Harris County Jail, 5E1A, 1200 Baker St. Houston, TX 77002

Defendants:

1. Kim Ogg, Harris County, D.A. Office, 1310 Prairie St. Houston, Texas 77002
2. Ed Gonzalez, Sheriff, Harris County Sheriff Office, 1200 Baker St. Houston, TX. 77002
3. Art Acevedo, Chief of Police, Houston Police Dept., 1300 Travis Street, Houston, TX. 77002
4. Marc Carter, Ex-Judge 228th District Court, Harris County, Houston, TX. 77002, Present Address Unknown

For Official Governmental Use Only - Do Not Disseminate to the Public; 84216469 - Page 2 of 6

5. Chris Daniel, Former Harris County, District Clerk, Harris County, Houston, Texas; Present Address Unknown

6. Louis Murat Newman IV, Attorney, 2500 E TC Jester Blvd. Suite 525, Houston, TX. 77008

7. Sex Offender Registration, 8500 Mykawa Rd. Harris County, Houston, Texas

8. et al parties to follow.

## II
### Jury Trial Request

Plaintiff enter(s) demand notice for Jury Trial as his right pursuant to the 7th Amendment to the U.S. Constitution, Tx. Const. Art 1 § 27.

## III
### Issues Making Suit

The Defendant parties, each and every one, while acting in their official capacity under color of State law, and/or in their individual capacity, and in some form as compensated as paid or contracted employee(s), staff or agents, did by intentional acts, or omissions, violate the Plaintiff's Constitutionally protected

For Official Governmental Use Only - Do Not Disseminate to the Public: 84216469 - Page 3 of 6

Rights under the 4th, 5th, 6th, 8th, 9th, & 14th Amendments to the U.S. Constitution; Texas Const. Art. 1 §§ 10, 11, 11a, 12, 13, 14, 16, & 29, all to Plaintiffs harm & detriment. Each stipulation [will] be proven by a preponderance of the evidence at a Jury trial and not before. Plaintiff avows he has suffered "irreparable injury" inflicted upon him by "loss of liberty in life" that "not even monetary reparation can correct". (SCOTUS) holding. No valid reason for said holding Exist(s) except for corruption within the Harris County Judicial system to fill the pockets of court appointed counsels at taxpayers expense. Plaintiff will show a Jury of (12) twelve Harris County taxpayers exactly how this action has been occurring for years to obtain illegal convictions and each Constitutional and statutory violation by each named party, and parties to be named, that have caused Plaintiff mental pain, suffering and anguish, actual loss of financial gain by illegally holding, actual loss of liberty in life on a

For Official Governmental Use Only - Do Not Disseminate to the Public:84216469 - Page 4 of 6

bogus gain, and to the financial gain of some, all in violation of Texas law and the Constitution.

By documentation, Plaintiff will prove that he informed the Defendants of these violations prior to filing Suit with NO corrective actions made.

## IV

Plaintiff will be demanding damages and awards in excess $150,000,000, one-hundred-fifty millions dollars by the Jury in this matter to cover actual, examplary, special awards, and punitive damages.

## V

Injuction and release is [REQUIRED] in this matter where release was required by clear operation-of-law (SEE C.C.P. Art. 17.151). Defendant parties are not adverse to violating Texas law to forestall proceedings. Injuction is required to restore the status quo.

For Official Governmental Use Only - Do Not Disseminate to the Public: 84216469 - Page 5 of 6

## VI
### Request For Service

Plaintiff, due to his illegal holding, and made destitute by said illegal acts of the Defendants parties, Request for Service to be issued on all parties herein named, and at the addresses known in such manner as is expedient to the Clerk of the Court, and in any manner allowed by law.

Executed: March 04, 2019

/s/ *(signature)*
JAN H. MSWHORTER 00221151
H.C.S.O. Jail 5E1A
1200 Baker Street
Houston, Texas 77002

For Official Governmental Use Only - Do Not Disseminate to the Public: 84216469 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 19, 2019

Certified Document Number:        84216469 Total Pages: 6

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**